UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ X

KEENSON SHIPPING INC.,

                                              Plaintiff,

                      v.

PALMYRA SHIPPING AND CHARTERING LTD.,

                                               Defendant.

------------------------------------------------------------------------ X

Case No. 08 Cv. 1033 (SHS)

**RULE 7.1 STATEMENT**

       Pursuant to Rule 7.1 of the General Rules of the United States District Court for the Southern District of New York and to enable judges and magistrates of the court to evaluate possible disqualification or recusal, the undersigned attorneys of record for Plaintiff hereby disclose that Plaintiff Keenson Shipping Inc., is not a publicly traded corporation or owned by a publicly traded corporation.

Dated: New York, New York
       January 31, 2008

                                  DLA PIPER US LLP

                                  By: _____
                                      Stanley McDermott III (SM 0530)
                                      Camilo Cardozo (CC 9710)
                                  1251 Avenue of the Americas
                                  New York, New York 10020-1104
                                  (212) 335-4500

8194216