USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/19/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

Keenson Shipping Inc.,

                    Plaintiff,

      v.

Palmyra Shipping and Chartering Ltd,

                    Defendant.
------------------------------------------------------------------x

08 cv 1033 (SHS)

## NOTICE OF DISMISSAL AND ORDER VACATING PROCESS OF MARITIME ATTACHMENT AND RELEASING FUNDS

**PLEASE TAKE NOTICE** that, in accordance with Rule 41(a) of the Federal Rules of Civil Procedure, plaintiff Keenson Shipping Inc. ("Keenson") hereby dismisses the Complaint filed in this action, without prejudice, as against defendant Palmyra Shipping and Chartering Ltd ("Palmyra").

As a result, the Process of Maritime Attachment and Garnishment issued by this Court on January 31, 2008 (the "PMAG") should be vacated and garnishee BNP Paribas should release all funds restrained pursuant to the PMAG.

Dated: February 15, 2008

                                            DLA PIPER US LLP

                                            By: _____
                                               Camilo Cardozo
                                            1251 Avenue of the Americas
                                            New York, New York 10020
                                            T (212) 335-4695
                                            F (212) 884-8595
                                            camilo.cardozo@dlapiper.com

2/15/08
**SO ORDERED:**

_____
U.S.D.J.

8199672